**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Maryann Madriles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN MADRILES,<br><br>    Plaintiff,<br><br>        v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.  SACV13-1041 PLA<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND TWO HUNDRED SIXTY-TWO DOLLARS and NINETY-FOUR CENTS ($2,262.94) for attorney fees and THREE HUNDRED NINETY-THREE DOLLARS and NO CENTS ($393.00) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 2, 2014

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1